Xin Li v Jing Xian Lou (2020 NY Slip Op 51542(U))

[*1]

Xin Li v Jing Xian Lou

2020 NY Slip Op 51542(U) [70 Misc 3d 131(A)]

Decided on December 24, 2020

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 24, 2020
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Cooper J.P., Higgitt, McShan, JJ.

570170/20

Xin Li, Plaintiff-Respondent,
against
Jing Xian Lou, Defendant-Appellant.

Defendant appeals from a judgment of the Small Claims Part of the Civil Court of the City of
New York, New York County (Judy H. Kim, J.), entered March 5, 2019, after trial, in favor of
plaintiff and awarding her damages in the principal sum of $4,800.

Per Curiam.
Judgment (Judy H. Kim, J.), entered March 5, 2019, affirmed, without costs.
A judgment rendered in the Small Claims Part of the Civil Court will be sustained on appeal
unless it is shown that "substantial justice has not been done between the parties according to the
rules and principles of substantive law" (CCA 1807; see Williams v Roper, 269 AD2d
125 [2000], lv dismissed 95 NY2d 898 [2000]). Applying that limited review standard
here, and since two itemized estimates for repairs were presented by plaintiff in support of her
claim (see CCA 1804), we find no basis to substitute our judgment for that of the trial
court in awarding plaintiff $4,800, representing the cost to repair her vehicle that was damaged
while in defendant's possession. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: December 24, 2020